UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-495-MOC-DCK

| | |
|---|---|
| ALEXANDRA PEOPLES, | ) |
| | ) |
| Plaintiff, pro se, | ) |
| | ) |
| vs. | ) **ORDER** |
| | ) |
| EQUIFAX INFORMATION SOLUTIONS, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court following Plaintiff's Pro Se Notice of Voluntary Dismissal with Prejudice, filed pursuant to FED. R. CIV. P. 41(a)(1)(A)(1). (Doc. No. 9).

Given Plaintiff's Notice, this action is **DISMISSED** with prejudice. Defendant's pending Motion to Dismiss (Doc. No. 3) is **TERMINATED** as **MOOT**.

**IT IS SO ORDERED**.

Signed: January 12, 2024

Max O. Cogburn Jr.
United States District Judge